

[No. 873-1.    Division One—Panel 2.    February 28, 1972.]

UNITED PACIFIC INSURANCE COMPANY, *Plaintiff*, v. PHILIP B. LUNDSTROM *et al.*, *Appellants*, MILMANCO CORPORATION, *Respondent*.

[No. 988-1.    Division One—Panel 2.    February 28, 1972.]

RICHARD G. HOLM, *Respondent*, v. LEONA W. HOLM, *Appellant*.

[No. 1081-1.    Division Three.    February 28, 1972.]

WILLIE E. WALLS, *Appellant*, v. THE STATE OF WASHINGTON, *Respondent*.

[No. 1134-1.    Division One—Panel 2.    February 28, 1972.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES C. RONNY, *Appellant*.